**No. 41365.**—Petition 5655–R of Collin & Gissel (Galveston).

Opinion by TILSON, J. It appeared that the importers attempted to amend this entry to cover the higher value found by the appraiser. The record satisfying the court of the entire good faith of the importers, the petition was granted.